

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00499-CV

**ESTATE OF** Jose Alfredo **MENDOZA**, Deceased

From the County Court at Law, Starr County, Texas
Trial Court No. PR-16-041
Honorable Orlando Rodriguez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, this appeal is AFFIRMED AS MODIFIED. We order that costs be assessed against Appellants.

SIGNED December 23, 2025.

_H. Todd McCray_____
H. Todd McCray, Justice